IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MIGUEL CEJA § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:23-CV-00111 |
| § | JUDGE MICHAEL J. TRUNCALE |
| GULF COOPER & § | |
| MANUFACTURING CORPORATION § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 6]. Plaintiff moves to dismiss all claims against Defendant without prejudice and the Parties seek a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 18th day of April, 2023.

Michael J. Truncale
United States District Judge